**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 1:24-cv-23420-EA**

**Estate of Siddharth Mahesh Sundaram,**

      Plaintiff,

v.

**Abinav J Narayanan**
**Et al.,**

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes before the Court on a report and recommendation recommending that the

defendants' motions to dismiss the amended complaint be denied [ECF No. 119]. The deadline to

object was June 22, 2026. To date, no objections have been made. Accordingly, the report and

recommendation is reviewed for clear error. 28 U.S.C. § 636(b)(1).

Having carefully reviewed the report and recommendation, there is no clear error in the report

and recommendation. Therefore, it is **ORDERED AND ADJUDGED**:

1.  The report and recommendation [ECF No. 119] is **ADOPTED**.

2.  The motions to dismiss [ECF Nos. 45 & 70] are **DENIED**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 24th day of July
2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Nicholas Saady**
Pryor Cashman LLP
7 Times Square
New York, NY 10036
212-326-0109
Email: nsaady@pryorcashman.com

**Brendan Stuart Everman**
Pryor Cashman LLP
Florida
255 Alhambra Circle
Suite 800
Miami
Miami, FL 33134
786-582-3007
Fax: 786-582-3004
Email: beverman@pryorcashman.com

**Adam Colby Losey**
Losey PLLC
1420 Edgewater Drive
Orlando, FL 32804
(407)906-1605
Email: alosey@losey.law

**Alexandra Lyn Tifford**
Fowler White Burnett, P.A.
201 S. Biscayne Blvd.
20th Floor
Miami, FL 33131
305-789-9200
Fax: 305-782-7549
Email: atifford@fowler-white.com

**Victor Mariano Velarde**
Fowler White Burnett, P.A.
Brickell Arch
1395 Brickell Avenue
14th Floor
MIami, FL 33131
(305) 789-9229
Fax: (305) 728-7529
Email: vvelarde@fowler-white.com

**Joshua P. Dunn**
Brown Rudnick, LLP

One Financial Center
Boston, MA 02111
(617) 856-8375
Email: jdunn@brownrudnick.com

**Yash Sinha**
6365 Collins Ave
Apt 4102
Miami Beach, FL 33141

**Popcorn Technologies LTD.**
251 Little Falls Dr
Wilmington, DE 19808-1674

**Ambidextrous Labs Inc**
251 Little Falls Drive
Wilmington, DE 19808-1674